1  Daniel E. Thenell,
   12909 SW 68th Pkwy., Suite 320
2  Portland, OR 97223
   Dan@ThenellLawGroup.com
3  Telephone: (503) 372-6450
   Facsimile: (503) 372-6496
4  Of Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

WESTERN DIVISION

| | |
|---|---|
| ENUMCLAW PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Petitioner,<br><br>vs.<br><br>CAROL SMITH,<br><br>Respondent. | Case No. 3:19-mc-05013-BHS<br><br>AMENDED ORDER RE: STIPULATED PETITION FOR ORDER TO ALLOW THE PERPETUATION OF TESTIMONY PURSUANT TO FRCP 27 |

# ORDER

THIS MATTER comes before the Court on Petitioner Enumclaw Property and Casualty Insurance Company (hereinafter "Petitioner") Petition for Order to Allow the Perpetuation of Testimony pursuant to FRCP 27. The Court, having reviewed the Petition and any responses or replies thereto, and being otherwise fully advised, finds Petitioner has demonstrated there is probable cause and expects to be a party to an action cognizable in a Superior Court and cannot presently bring or cause to be brought the production of discovery documents which are time sensitive and may become otherwise unavailable, and that an Order allowing the discovery of

Page 1 –[     AMENDED ORDER  3:19–MC–05013–BHS

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone: (503) 372 6450
Facsimile: (503) 372 6496

documents or things may prevent a failure or delay of justice.

**WHEREFORE, IT IS HEREBY ORDERED THAT:**

Within fourteen (14) calendar days from receipt of a copy of this Order, T-Mobile and CenturyLink shall disclose all connection logs, records and historical cellular site data for the account associated with the cell and land line phone numbers (253) 223-4182 and (253) 536-2188, for the period of time commencing at 12:01 a.m. Pacific Standard Time ("PST") on November 15, 2018, through 11:59 p.m. PST on November 22, 2018, to include the following information:

    a. Connection date and time;

    b. SMS and MMS communications (both incoming and outgoing);

    c. Telephone caller identification records; and

    d. Locations of cellular calls (historical cell site information) and cell site tower information.

*[Signature]* 4/22/19

RESPECTFULLY SUBMITTED BY:

THENELL LAW GROUP

By: */s/ Daniel E. Thenell*
Daniel E. Thenell, WSBA No. 37297
Email: Dan@ThenellLawGroup.com
*Attorney for Petitioner Enumclaw*

*[Signature]*
CAROL SMITH, Respondent

Page 2 –     ORDER RE: STIPULATED PETITION FOR ORDER TO ALLOW THE PERPETUATION OF TESTIMONY
821193

THENELL LAW GROUP, P.C.
12909 SW 68th Parkway, Suite 290
Portland, Oregon 97223
Telephone: (503) 372-6450
Facsimile: (503) 372-6496